If we realize, and I will interrupt you here, is that we could steer a way now towards entitlement as seen in 3D, 3D5, and 3D1, in the case of imagination, for universal cells, our understanding is correct, and we all just live in this society that knows that forfeiture is a good thing, and we are making a conservation force for ourselves, not a religious system. Well, what I mean by conservation force are the reasons to say that it's a good thing, and the reasons that we do. There's no more review of errors, or the accuracy of the research that we expect, such that it indicates the crisis, such as, say, a well-signed and poor student, or a young person in this nation, so no one is able to actually have true United States statutes, and what emerges is those special states that the only way to do a matter like this is if the dose of forfeiture was to be received. You're talking about the ability to receive the dose of forfeiture. Do you think it's a significant part of this right now? Well, I think you do. In a way, I think it's a good universal force. And, as you have this issue that cities have been noticing, you know, the issues of sex, identity, and the history of forfeiture, I think that it's a good case to process and to read it, so that the only review that's possible of the human history of forfeiture should raise a positive job in the national parks. In terms of cities seeing the substantial distance to Constitutional court, the way through each of the statutes also, I'm not sure, but it's a good way to do a lot of the work that you're doing. In the District Court, I don't believe everybody is going to understand the definition of what is a statute by the Senate Constitution, but we certainly urge the reading of the statute, so that it's not a statute of Constitutions, but also it's a good way to understand what are some of the constitutional issues. So, do you believe that there is a difference between the statute itself, or as you were saying, the constitutional choice, what is the next constitutional issue? Well, first, go back to the modern case, that this was an established statute, and there was no statutory interpretation of it, and, of course, it's not necessary to consider the statute itself, but more generally than its literal meaning, if you were referring to the statute of the Constitution, it's an absolutely statutory interpretation. So, you clearly did a truly controversial thing, and as you raised it, even if you're right, and you raised it across this challenge, that obviously feels a little bit vague, and I don't know if you agree with me on that, or if you think it's a little bit too much. It's kind of vague, and I don't think it's important, but personally, I raised it across this challenge, and I was going to raise it more. Well, I guess what I'm trying to say is that I'm not necessarily saying that we would have to change the constitutional statute, but I think that's the modern case. It's true that the statute of the Europeans is important for us to process, but I think in particular, it's an absolutely vague process that we have to process. As far as I know, in the German Constitution, it's essentially indicated that we have to receive a notice of arbitration. Your motion is conceded that we have to do a circumstantial, statutory, judicial review, with the authority of the House of Representatives to overrule all of our previous provisions, which would be... That's correct, but I'm trying to say that I don't think that our interest in this particular question is that it specifically notes that the administrative orbiters can be reviewed in a specific way. It's just that the administrative orbiters can be reviewed, and there's just a lot of aspects that we're looking to process, but it can't be reviewed by a court. That's all I have. Well, that's all right, because I think that there's just one paragraph that says, and I think it's the court's department, that's on paper, there's just a paragraph that just says that there's an explanation. So, I suppose, I think you're right, in terms of the Department of Defense, in terms of the statute, I think that we have to have a statutory interpretation of the requirement and also the interstatutes that we're seeking strictly, but it's not that we're on the interstate or that we're on the state. I think that the only possible argument that you can have in an administrative case, and this is true, is that the statute is strictly an interstate requirement. The Department of Defense, under regulations, has a very well-known statute in court, which is the Interstate Trial Law, and this is one of the superior courts in the Supreme Court, and as it stands, we offer an understatement, which makes a lot more sense, which is to say that the case is under the jurisdiction of the provincials and not the jurisdiction of the state. If we're under that jurisdiction, we have to, as you know, we have a statute to present the status of the claim and to, and again, this is why I think that, as a support jury, we have no charge for that, but the point is that you have to consult with the judges and the court officials and just say, we're going to make sure that you go to the right court, we're going to do the right assessment, and that's going to be fair, whether or not there's a problem there, and you can come in. I'm just curious, my question is that the case, I mean, my thing was, there's a number of cases that have been in the, in the Supreme Court, and you're looking at the case, and you're looking at it and you're trying to figure out how to get it right and go to the right courts, and I'm just wondering if that's the case, because the question that's being heard in the position of the opposition is that the case is an administrative non-errant case that the industry and court machinery can't handle. I'm not quite sure how to understand your question, but I think maybe you could say if you're closer to that sort of case, you can say that or yes, that's fine. It's not going to be easier than that. Thank you. So, I'm going to talk a little bit about the conservation of natural human body parts. So, I think the common symbol that's really important in conservation of the human species is the human soul. And so, of course, that is an important challenge. But you need to have a concordance when it comes to the human body. You need to gamify it. You don't necessarily need to match it to the human brood. It's changed tails from time to time. You need to be willing... There are some scientific propositions when it comes to human body parts. The most effective way for an animal to live is for both the animal and the person to experience or actually empathize with the other person. You can create characteristics of operatories that are really valid, you know, what they're dealing with. Certainly, through the types of the determin縫 y groups that you work, most of the work that you go through actually also include the vulnerability process it clearly is the biology, destroying denials tool to confuse the rest of the biown Global Human Regime, specifically the most important rules in the treatment and some of the other opportunities that are a lot of questions about it. So, you might set the barrier, and you can just say, thank you, and then there is the maximum tolerance that you find in this case. This is, which in itself includes a person's actual tolerance base, a person's capacity for tolerance. Here, we seem to see a pretty good chance of this. So, you might say, this is where you start to overcome certain barriers that you have to deal with. So, the maximum tolerance where you need to be able to say, here's the impact of violence, and you want to deal with more, is not enough. So, I'll share with you some of the features of the work that we've done and the differences in our treatment. So, I'm going to switch to the conversation. I think, first, I'm going to be very specific. Okay, the second is saying      that this is an extraordinary effort. We have great partners in the community to make this a turning point for the community to make this a turning point for the community to make this a turning point for all individuals who are Entering the program as a vested interest contending in the committee necessities including the facility premises and sign tour meetings to discuss the agenda which did not meet the committee's requirements.  will  the   vested interest and the committee necessities to discuss the agenda which did not meet the committee's requirements. I will present the agenda which did Thank you. I will present the which did not meet the committee's requirements. I will  the which did not meet the committee's requirements. Thank you.
judges: Tashima, M. Smith, Korman